

ORIGINAL

FILED

05/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0095

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0095

---

JADA KU,

      Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC SCHOOLS,

      Defendant and Appellee.

ORDER

---

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 25, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 25th day of May, 2021.

For the Court,

By _____

Chief Justice

FILED

MAY 25 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana